

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

January 9, 2025

**VIA ECF**

**MEMO ENDORSED.**

Hon. Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, NY 10007

Application **GRANTED.**

**SO ORDERED.**

Ona T. Wang            Jan. 13, 2025
U.S.M.J.

Re:   **Robles v. Dosha Farms LLC**
      Case No. 24-cv-8411 (PAE) (OTW)

Dear Magistrate Judge Wang:

   We just were retained to represent defendant Dosha Farms LLC in the above-referenced ADA website accessibility case.  Upon reviewing the docket, we notice that our client's response to the complaint was due on January 2.  With the gracious consent of plaintiff's counsel, we respectfully request for the first time a *nunc pro tunc* extension of time until February 10 to respond to the complaint.  No other dates will be affected if our request is granted.

   We thank the Court for its attention to this matter, and we are available at Your Honor's convenience if the Court has any questions regarding the foregoing.

                                    Respectfully submitted,

                                    David Stein

cc:  Jon L. Norinsberg, Esq. (via ECF)