**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
PRIMITIVO ROBLES,                                       :
                                                        :
                Plaintiff,    :       24-CV-8411 (PAE) (OTW)
                                                        :
              -against-           :       **SCHEDULING ORDER**
                                                        :
DOSHA FARMS LLC.,                                       :
                                                        :
              Defendant.           :
                                                        :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Pre-Settlement Conference Call on Tuesday, February 11, 2025 at 3:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                      *s/ Ona T. Wang*

Dated: January 21, 2025                    **Ona T. Wang**
       New York, New York          United States Magistrate Judge